## M & E FOOD MART, INC. #2 d/b/a Market Basket Stores et al.

v.

## Mary WILLIAMSON and Jim Williamson.

No. C–6668.

Supreme Court of Texas.

Nov. 25, 1987.

Joint motion of the parties filed in this cause on November 17, 1987, having been duly considered, it is ordered that the joint motion be and hereby is granted.

Order of this court of September 23, 1987 refusing the application for writ of error with the notation N.R.E. is withdrawn. The application is granted, the judgments of the courts below are set aside and the cause is remanded to the trial court for entry of judgment pursuant to the settlement agreement of the parties.